1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                      FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   ALFRED JOHNSON,                              No. CIV S-05-1359-CMK
12              Plaintiff,
13        vs.                                     ORDER
14   JO ANNE B. BARNHART,
     Commissioner of Social Security,
15
                Defendant.
16
                                        /
17
18          Plaintiff, who is proceeding with retained counsel, brings this action for judicial
19   review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).
20   Pending before the court is plaintiff's stipulated motion for an extension of time (Doc. 11), filed
21   on March 22, 2006.  The parties have stipulated that the due date for plaintiff's dispositive motion
22   will be extended to May 15, 2006.  Good cause appearing therefor, this extension will be granted.
23   / / /
24   / / /
25   / / /
26   / / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's stipulated motion for an extension of time is granted; and

2. Plaintiff shall file a dispositive motion, as specified in the court's October 6, 2005, scheduling order, by May 15, 2006.

DATED: March 27, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE