1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814-2322
4  Telephone:  (916) 554-2700
   Fax:  (916) 554-2900
5  MARIA V. DAQUIPA
   Special Assistant U.S. Attorney
6  333 Market Street, Suite 1500
   San Francisco, CA 94105
7  Telephone:  (916) 977-8943
   Fax:  (415) 744-0134
8
   Attorneys for Defendant
9
                IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12  ALFRED JOHNSON,                    CASE NO. 2:05-CV-01359-CMK

13          Plaintiff,                 STIPULATION AND ORDER
                                       EXTENDING DEFENDANT'S TIME
14     v.                              TO RESPOND TO PLAINTIFF'S
                                       MOTION FOR SUMMARY JUDGMENT
15  JO ANNE B. BARNHART,               TO
      Commissioner of                  JULY 17, 2006
16    Social Security,

17          Defendant.

18
       IT IS HEREBY STIPULATED by and between the parties, through
19
   their respective undersigned attorneys, with the approval of the
20
   Court, that Defendant's time to respond to Plaintiff's motion for
21
   summary judgment in the above-referenced case is hereby extended
22
   from the present due date of June 16, 2006, by thirty-one days,
23
   to the new response date of July 17, 2006, and that all
24
   subsequent due dates under the Court's Scheduling Order shall be
25
   extended accordingly.  The extension is requested because
26
   Defendant has determined that a further review of this case is
27

28  Stip.& Order Ext. Def.'s Time           **1**
    2:05-cv-01359-CMK

1  necessary.
2      This is the first extension requested re Defendant's
3  response to Plaintiff's motion for summary judgment.
4      The parties further stipulate that Plaintiff's counsel shall
5  return a facsimile of this stipulation bearing her signature for
6  retention by Defendant's counsel, and that Defendant shall e-file
7  this stipulation pursuant to applicable local rules.

8  DATED: June 15, 2006          /s/ Ann M. Cerney
                                 ANN M. CERNEY
9                                Attorney at Law

10                               Attorney for Plaintiff

11 DATED: June 15, 2006          McGREGOR W. SCOTT
                                 United States Attorney
12                               BOBBIE J. MONTOYA
                                 Assistant U.S. Attorney
13
                              By: /s/ Bobbie J. Montoya for
14                               MARIA V. DAQUIPA
                                 Special Assistant U.S. Attorney
15
                                 Attorneys for Defendant
16 OF COUNSEL:
   LUCILLE GONZALES MEIS
17 CHIEF COUNSEL, REGION IX
   UNITED STATES SOCIAL SECURITY ADMINISTRATION
18

19
                                 ORDER
20 _____
       APPROVED AND SO ORDERED.
21
   DATED:   June 20, 2006
22

23
                                 /s/ Craig M. Kellison
24                               _____
                                 **CRAIG M. KELLISON**
25                               UNITED STATES MAGISTRATE JUDGE

26

27

28 Stip.& Order Ext. Def.'s Time          **2**
   2:05-cv-01359-CMK