IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED JOHNSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | No. CIV S-05-1359-CMK<br><br><br><br>ORDER TO SHOW CAUSE |

       Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). Plaintiff has now notified the court regarding consent. The court's July 17, 2006, order to show cause is, therefore, discharged.

       IT IS SO ORDERED.

DATED: July 19, 2006.

                                        _____<br>
                                        CRAIG M. KELLISON<br>
                                        UNITED STATES MAGISTRATE JUDGE

1