# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED JOHNSON,             No. CIV S-05-1359-CMK

    Plaintiff,

  vs.                         <u>ORDER</u>

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____/

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). Pending before the court is plaintiff's stipulated request for an extension of time to respond to defendant's cross-motion for summary judgment. Good cause appearing therefor, the request will be granted. Plaintiff may file a response by August 23, 2006.

      IT IS SO ORDERED.

Dated: August 2, 2006

                                      /s/ Craig M. Kellison
                                      UNITED STATES MAGISTRATE JUDGE