McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
Telephone: (916) 554-2700
MARIA V. DAQUIPA
Special Assistant U. S. Attorney
Telephone: (415) 977-8943
501 I Street, Suite 10-100
Sacramento, CA 95814-2322

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED JOHNSON,            )<br>                            )<br>         Plaintiff,        )<br>                            )<br>     v.                     )<br>                            )<br> JO ANNE B. BARNHART,       )<br> Commissioner of Social     )<br> Security,                  )<br>                            )<br>         Defendant.         ) | Case No. 2:05-CV-01359-CMK<br><br>**STIPULATION AND ORDER** |

    IT IS STIPULATED by and between Plaintiff Alfred Johnson ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    The parties have agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further

_____

JOHNSON v. BARNHART
Stip. to Vol. Rem.
2:05-CV-01359-CMK

administrative proceedings.  Upon remand, Defendant will instruct the Administrative Law Judge to:

    1) Include as an exhibit the state agency report dated February 27, 2001, and referenced in the ALJ's decision (Tr. 46);

    2) Update the record to include all evidence supporting the residual functional capacity; and

    3) Allow Plaintiff the opportunity for another hearing.

It is further stipulated that the administrative decision is hereby vacated and that the Clerk of this Court shall be directed to enter a separate judgment herein, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

Dated: October 18, 2006

                              By    /s/ Ann M. Cerney
                                    ANN M. CERNEY
                                    Attorneys for Plaintiff

Dated: October 18, 2006       McGREGOR W. SCOTT
                                    United States Attorney
                                    BOBBIE J. MONTOYA
                                    Assistant United States Attorney

                              By    /s/ Bobbie J. Montoya for
                                    MARIA V. DAQUIPA
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

_____

JOHNSON v. BARNHART
Stip. to Vol. Rem.
2:05-CV-01359-CMK           - 2 -

## ORDER

This matter is remanded pursuant to the stipulation of the parties. The case is dismissed and the Clerk is directed to enter Judgment.

SO ORDERED.

DATED: October 19, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

_____

JOHNSON v. BARNHART
Stip. to Vol. Rem.
2:05-CV-01359-CMK                - 3 -